IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:21-MJ-00016-JLT |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER UNSEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT |
| v. | (Doc. 5) |
| CARLOS IVAN CAMPANA, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and affidavit in the above-captioned matter are hereby ordered unsealed.

IT IS SO ORDERED.

Dated:   **April 7, 2021**              _ **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINT