DAVID A. TORRES | TORRES-STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CARLOS IVAN CAMPANA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Ivan Campana,<br><br>Defendants. | Case No.  5:21-mj-00016-JLT<br><br>STIPULATION AND ORDER TO MODIFY THE CONDITIONS OF RELEASE<br><br>(Doc. 15) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

JENNIFER L. THURSTON AND CHRISTOPHER D. BAKER, ASSISTANT UNITED

STATES ATTORNEY:

**COMES NOW** Defendant, CARLOS IVAN CAMPANA, by and through his attorney of record, DAVID A. TORRES hereby requests to modify the conditions of release to allow Mr. Campana to post a $20,500.00 all cash bond.

On April 14th, 2021, a detention hearing was held wherein Mr. Campana was ordered released on a $20,500 bond package to be secured by $12,500 in cash and $8,500 secured by the salvaged title of a 2017 Honda Civic owned by the defendant. I have been informed by Mr. Campana's family that the 2017 Honda was sold. As such, counsel is requesting that a full cash bond be posted to the clerk of the court in the amount of $20,500.

I have spoken to AUSA Baker and he has no objection to the modification of the conditions of release.

**IT IS SO STIPULATED.**

DATED: April 16, 2021

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CARLOS IVAN CAMPANA

DATED: April 16, 2021

*/s/Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the order for release be modified and that the bond package of $20,500.00 be secured in full by cash.

IT IS SO ORDERED.

Dated:   **April 16, 2021**          /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE

2